[No. 49728-6-I.  Division One.  January 21, 2003.]

613 FAIRVIEW AVENUE, L.L.C., *Respondent*, v. PONG'S
CORPORATION, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-03065-7, Suzanne M. Barnett, J., entered
November 29, 2001. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 49747-2-I.  Division One.  January 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL NEURER,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-07173-1, Terence Lukens, J., entered
November 2, 2001. *Affirmed* by unpublished per curiam
opinion.

[No. 49836-3-I.  Division One.  January 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. GEBRE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-05539-5, Ronald Kessler, J., entered Janu-
ary 9, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 49977-7-I.  Division One.  January 21, 2003.]

MARVIN J. OSTERHOUT, *Appellant*, v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 01-2-13402-7, Dean Scott Lum, J., entered
January 11, 2002. *Affirmed* by unpublished per curiam
opinion.